**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 16-2387**

———————————

J.L.,

Plaintiff – Appellant,

v.

INDIA WILEA MITCHELL, in her personal capacity; JOHN PAUL
SOLO, in his personal capacity; METROPOLITAN WASHINGTON
AIRPORTS AUTHORITY; THE COUNTY OF LOUDOUN, VIRGINIA,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:16-cv-00583-GBL-JFA)

———————————

Submitted: February 16, 2017      Decided: February 21, 2017

———————————

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

J.L., Appellant Pro Se. Morris Kletzin, I, Joseph Walter
Santini, FRIEDLANDER MISLER, PLLC, Washington, D.C.; Courtney
Renee Sydnor, Leesburg, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

J.L. appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>J.L. v. Mitchell</u>, No. 1:16-cv-00583-GBL-JFA (E.D. Va. Sept. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>